# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 03-2597

_____

Robert Blackwell, DDS,                    *
                                          *
            Appellant,                    *
                                          *   Appeal from the United States
       v.                                 *   District Court for the Eastern
                                          *   District of Arkansas.
Arkansas State Board of Dental            *
Examiners; Mike Beebe, Arkansas           *        [UNPUBLISHED]
Attorney General,                         *
                                          *
            Appellees.                    *

_____

Submitted:  May 6, 2004

Filed:  May 17, 2004

_____

Before MORRIS SHEPPARD ARNOLD, FAGG, and COLLOTON, Circuit Judges.

_____

PER CURIAM.

Robert Blackwell appeals the district court's[*] order dismissing Blackwell's 42 U.S.C. § 1983 action.  After careful review of the record, we conclude the dismissal was proper, and we affirm the district court.  See 8th Cir. R. 47B.

_____

_____

[*]The Honorable Susan Webber Wright, Chief Judge, United States District Court for the Eastern District of Arkansas.